PER CURIAM.
 

 We affirm the denial of Appellant’s Florida Rule of Criminal Procedure rule 3.800 jail credit challenge. Our affirmance, however, does not preclude Appellant from filing a subsequent petition alleging, if he can in good faith, that the trial court improperly deducted 202 days of credit because it was awarded pursuant to a negotiated plea; or in the alternative, that he is entitled to such credit because he was released on his Duval County charges but was held on the Brevard County detainer.
 
 *159
 

 See Bonilla v. State,
 
 884 So.2d 1072 (Fla. 5th DCA 2004).
 

 AFFIRMED and REMANDED.
 

 GRIFFIN, TORPY and COHEN, JJ., concur.